## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ENRIQUE M. LINO,**

    **Petitioner,**

**v.**                                                **No. 16-cv-0225 KG/SMV**

**STATE OF NEW MEXICO,**

    **Respondent.**

## ORDER TO CURE DEFICIENCY

Petitioner submitted an application for writ of habeas corpus. [Doc. 1]. The Court determines that the documents are deficient as described in this order. Petitioner is directed to cure the following if he wishes to pursue his claims:

**I.  Filing Fee.**

    \_\_\_\_\_ No filing fee ($5.00 habeas corpus) has been received.

**II.  Prisoner's Application to Proceed in District Court Without Prepaying Fees or Costs:**

(1)      _X_    is not filed
(2)      \_\_\_    is missing affidavit
(3)      \_\_\_    is missing required financial information
(4)      \_\_\_    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)      \_\_\_    is missing an original signature by the prisoner
(6)      \_\_\_    names in caption do not match names in caption of complaint, petition or habeas application
(7)      \_\_\_    An original and a copy have not been received by the Court. Only an original has been received.
(8)      \_\_\_    other _____

**III. Petition or Application**:

| | | |
|---|---|---|
| (1) | __X__ | is missing |
| (2) | ____ | is not on proper form |
| (3) | ____ | is missing an original signature by the prisoner |
| (4) | ____ | is missing page nos. ____ |
| (5) | ____ | uses et al. instead of listing all defendants/respondents |
| (6) | ____ | An original and a copy have not been received by the Court. Only an original has been received. |
| (7) | ____ | Sufficient copies to serve each defendant/respondent have not been received by the Court. |
| (8) | ____ | names in caption do not match names in text |
| (9) | ____ | other: |

Failure to timely cure the designated deficiencies may result in dismissal of the application without prejudice without further notice.

**IT IS THEREFORE ORDERED** that Petitioner cure the deficiencies designated above within 30 days from the date of this order. Petitioner must include the civil action number (16-cv-0225 KG/SMV) of this case on all papers that he files in this proceeding.

**IT IS FURTHER ORDERED** that the Clerk of the Court mail to Petitioner, together with a copy of this order, the following forms: 2 copies each of an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) and a habeas corpus petition with instructions.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIMDAR**
**United States Magistrate Judge**